Submitted February 26, reversed and remanded April 2, 2014

## STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

## JENNIFER LEE HOBBS,
*Defendant-Appellant.*

Clatsop County Circuit Court
061350; A151256

325 P3d 757

Peter Gartlan, Chief Defender, and Laura A. Frikert, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Anna M. Joyce, Solicitor General, and Karla H. Ferrall, Assistant Attorney General, filed the brief for respondent.

Before Duncan, Presiding Judge, and Haselton, Chief Judge.

PER CURIAM